August W. MAUER, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 03–7085.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2004.

ORDER

Pursuant to the Court's letter dated September 22, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

A. Eugene LEWIS, Plaintiff–Appellant,

v.

AGRICULTURE FACILITIES ADMINISTRATION AND MANAGEMENT CORPORATION, Tom B. Adams, Steven A. Ring, and Palm Bay Development Corporation, Defendants,

and

Department of Agriculture, Defendant–Appellee.

No. 04–1255.

United States Court of Appeals, Federal Circuit.

Nov. 2, 2004.

Before LOURIE, SCHALL, and LINN, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.